JEFFREY J. DONTIGNEY *v.* DEPARTMENT OF
CORRECTION
(AC 20563)

Foti, Schaller and Flynn, Js.

Submitted on briefs April 6—officially released May 8, 2001

Per Curiam. The judgment is affirmed.

STEPHEN J. LANDA *v.* DEPARTMENT OF
MOTOR VEHICLES
(AC 20685)

Foti, Schaller and Flynn, Js.

Submitted on briefs April 6—officially released May 8, 2001

Per Curiam. The judgment is affirmed.

IN RE JOHN D. ET AL.*
(AC 21087)

Lavery, C. J., and Flynn and Shea, Js.

Argued May 2—officially released May 22, 2001

---

* In accordance with the spirit and intent of General Statutes § 46b-142 (b)
and Practice Book § 79-3, the names of the parties involved in this appeal
are not disclosed. The records and papers of this case shall be open for
inspection only to persons having a proper interest therein and upon order
of the Appellate Court.

Per Curiam. The judgment is affirmed.

IN RE JORDAN G.*
(AC 21082)

Lavery, C. J., and Dranginis and Hennessy, Js.

Argued April 30—officially released May 22, 2001

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* DONNA M. LEWIS
(AC 20387)

Foti, Spear and Freedman, Js.

—officially released May 22, 2001

Per Curiam. The judgment is affirmed.

JOSEPH GAYMON *v.* COMMISSIONER OF
CORRECTION
(AC 21044)

Schaller, Dranginis and O'Connell, Js.

Submitted on briefs April 26—officially released May 22, 2001

Per Curiam. The appeal is dismissed.

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 79-3, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.